## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEVE DARNE and ROADSAFE TRAFFIC SYSTEMS, INC., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | Case No. 1:13-cv-3594 |
| Plaintiffs, | ) ) | Hon. John J. Tharp, Jr. |
| v. | ) ) | |
| NAVISTAR INC., and FORD MOTOR COMPANY, | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE CALLING MOTION TO THE ATTENTION OF THE COURT FOR DECISION

Pursuant to Local Rule 78.5, Plaintiffs Steve Darne ("Darne") and RoadSafe Traffic Systems, Inc. ("RoadSafe") (collectively "Plaintiffs"), hereby call to the attention of the Court for decision, Defendant's Motion to Dismiss.

Defendant's Motion to Dismiss, with Supporting Memorandum, was filed on February 8, 2016. (Docket Nos. 59 and 60). Plaintiff's responded on March 28, 2016 (Docket No. 63), and Defendant filed its reply on April 18, 2016. (Docket No. 64). Because Defendant's motion has been fully briefed for more than a year, Plaintiffs respectfully call it to the attention of the Court for decision.

Dated: May 31, 2017                    Respectfully submitted,

/s/ Cory S. Fein
Cory Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston TX 77002
Telephone: (281) 254.7717
cory@coryfeinlaw.com

Michael J. Flannery
Cuneo Gilbert & LaDuca LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
(314) 226-1015 (phone)
mflannery@cuneolaw.com

James Zouras
Stephan Zouras LLP
205 North Michigan Avenue, Suite 2560
Chicago, IL  60601
Telephone:(312) 233-1550
jzouras@stephanzouras.com

Charles J. LaDuca (admitted pro hac vice)
Cuneo, Gilbert & LaDuca LLP
4725 Wisconsin Ave NW, #200
Washington, DC 20016
Telephone:(202) 789-3960
charles@cuneolaw.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
 Ph: (515) 223-4567
 Fax: (515) 223-8887
 Email: goplerud@sagwlaw.com

Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone:(612) 339-6900
rkshelquist@locklaw.com

Michael A. McShane (admitted pro hac vice)
Audet & Partners, LLP
mmcshane@audetlaw.com
Audet & Partners, LLP.
711 Van Ness Avenue, Ste 500
San Francisco, CA 94102
Phone 415.568.2555
Fax 415.568.2556

Charles E. Schaffer (admitted pro hac vice)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:(215) 592-1500
cschaffer@lfsblaw.com

Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone:(662) 380-5018
rrb@rrblawfirm.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I electronically filed the foregoing **Plaintiffs' Notice Calling Motion to the Attention of the Court for Decision** with the Clerk of the Court using the ECF system, which automatically sent a copy of the foregoing document to all registered participants.

Dated: May 31, 2017                  Respectfully submitted,

<u>/s/ Cory S. Fein</u>
Cory Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston TX 77002
Telephone: (281) 254.7717
cory@coryfeinlaw.com

*Attorney for Plaintiffs*